**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DUSTIN PATRICK CURTIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-CV-381 RLW |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 19]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 19] is **DENIED**.

_____
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**

Dated this 17th day of August, 2023.